ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
Arizona State Bar No. 029708
ANNA R. WRIGHT
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

DEC - 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>        Defendant. | Mag. No. **17-00341MJ**<br><br>INFORMATION<br><br>Violations:<br><br>50 C.F.R. § 35.5<br>(Operating a Motor Vehicle in a Wilderness Area)<br>Count 1<br><br>50 C.F.R. § 27.93<br>(Abandonment of Property)<br>Count 2<br><br>CLASS B MISDEMEANORS |

THE UNITED STATES ATTORNEY ALLEGES:

## COUNT 1

On June 1, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of Arizona, SCOTT DANIEL WARREN used a motor vehicle in a wilderness area designated by federal law without lawful authority in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 35.5.

## COUNT 2

On June 1, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of

Arizona, SCOTT DANIEL WARREN abandoned, discarded, or otherwise left personal property in a national wildlife refuge in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 27.93.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

12/6/17
Date

NATHANIEL J. WALTERS
Assistant U.S. Attorney