ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
Arizona State Bar No. 029708
ANNA R. WRIGHT
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

DEC - 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Scott Daniel Warren,<br><br>             Defendant. | Mag. No. **17-00341MJ**<br><br>MOTION FOR SUMMONS<br>FOR DEFENDANT NAMED IN AN<br>INFORMATION<br><br>(Pursuant to: Fed. R. Crim. P. 9(a)) |

The United States of America, through its undersigned attorneys, and pursuant to Fed. R. Crim. P. 9(a), hereby submits the attached affidavit establishing probable cause to believe that the offenses alleged in the accompanying Information have been committed and that the defendant committed them, and respectfully requests this Court issue a summons for the defendant. (Proposed Summons attached.)

Respectfully submitted this 6th day of December, 2017.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Nathaniel Walters*

NATHANIEL J. WALTERS
Assistant U.S. Attorney