IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States America,<br><br>          Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>          Defendant. | No. 17-00341MJ<br><br>**ORDER** |

Upon Motion for Summons for Defendant Named in an Information filed by the government, and good cause appearing,

IT IS ORDERED that the Motion is GRANTED, and a Summons will be issued.

Dated this 6th day of December, 2017.

*/s/ Eric J. Markovich*
Eric J. Markovich
United States Magistrate Judge
[FILED DEC - 6 2017, CLERK U.S. DISTRICT COURT, DISTRICT OF ARIZONA]