IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>        Defendant. | 17-00341MJ<br><br>AFFIDAVIT IN SUPPORT OF SUMMONS FOR DEFENDANT NAMED IN AN INFORMATION<br><br>(Pursuant to: Fed. R. Crim. P. 9(a)) |

Michael West on oath, deposes and states:

1. I am a Federal Wildlife Officer of the United States Fish and Wildlife Service, Department of the Interior, Ajo, Arizona, and make this affidavit as such officer.

2. An Information has been filed in this matter charging that the defendant used a motor vehicle in a wilderness area designated by federal law without lawful authority and abandoned, discarded, or otherwise left personal property in a national wildlife refuge.

3. I set forth the following facts to establish probable cause to believe that the offense alleged in the Information has been committed and that the defendant committed it:

I, Michael West, being duly sworn, do depose and state that:

I am a Federal Wildlife Canine Officer with the U.S. Fish and Wildlife Service and have been a sworn officer since April of 2010; I am empowered to investigate various violations of the laws of the United States contained within Title 16, United States Code.

I am currently assigned to the Cabeza Prieta National Wildlife Refuge, Zone Two of Arizona, as a Federal Wildlife Canine Officer. I make this affidavit based upon information which was gathered in the course of this investigation, by other officers, and furnished to me.

This affidavit is submitted in support of the attached Motion for Summons regarding SCOTT DANIEL WARREN for violation of 16 United States Code Section 668(dd)(f)(2), 50 C.F.R. § 35.5, and 50 C.F.R. § 27.93:

1. Cabeza Prieta Wilderness Area has the distinction of being Arizona's largest Wilderness Area, encompassing nearly 93 percent of the Cabeza Prieta National Wildlife Refuge. Designated by the Arizona Wilderness Act of 1990, the Cabeza Prieta Wilderness spans across 803,418 acres of isolated, rugged, Sonoran desert landscapes including both the Arizona Uplands and Lower Colorado components. Rugged mountains and broad desert valleys, dotted with sand dunes and lava flows, dominate the region.

2. On June 1, 2017, FWO J. Valenzuela observed a vehicle parked 2.32 miles into wilderness, in an area called Charlie Bell Pass of the Cabeza Prieta National Wildlife Refuge.

3. At approximately 1345 hours of June 1, 2017, FWO J. Valenzuela, was patrolling the Cabeza Prieta National Wildlife Refuge, when he observed two vehicles parked at the top of the Charlie Bell Pass. The first vehicle observed was a red ford pickup with green crates in the bed of the pickup and a permit on the dashboard visible through the windshield. The second vehicle was a grey SUV with green crates next to the driver's door. After checking and documenting both vehicles, FWO Valenzuela noticed vehicle tire tracks entering into designated wilderness, passing Fish and Wildlife Service signs instructing the public not to operate vehicles beyond that point. FWO Valenzuela documented, from his experience, the tracks were not consistent with United States Border Patrol or United States Fish and Wildlife Service law enforcement tire sign. FWO Valenzuela continued down into the pass until he reached the Charlie Bell Windmill.

1  FWO Valenzuela observed multiple one gallon water jugs, canned food and green milk
2  crates with food and toiletry items. FWO Valenzuela could see the street tire tracks
3  continuing on the Charlie Bell Pass road to the west. FWO Valenzuela documented and
4  photographed the items at the well and continued west. Approximately 2.32 miles west of
5  the wilderness entrance, FWO Valenzuela observed a white 1999 Dodge Pickup, with
6  Arizona registration CH76200, parked off the road. As FWO Valenzuela was
7  documenting the vehicle and obtaining the grid coordinates, FWO Valenzuela observed
8  an individual, later identified as SCOTT DANIEL WARREN, and three other individuals
9  walking back to the 1999 Dodge Pickup.
10  4.  FWO Valenzuela identified himself as a United States Federal Wildlife Officer and
11  greeted the individuals. FWO Valenzuela requested and observed each of their visitor
12  permits. Permits are required under the Acknowledgement of Danger; Release and Hold
13  Harmless Agreement for the Barry M. Goldwater Range, Cabeza Prieta National Wildlife
14  Refuge and the Area A portion of Sonoran Desert National Monument. To obtain these
15  permits, one must read, complete and sign certifying that they have read and understand
16  the agreement for the above mentioned areas. When these permits are issued, a map
17  showing the wilderness designation and a copy of regulations for the Cabeza Prieta
18  National Wildlife Refuge is given to each individual.
19  5.  After establishing the identity of each individual, FWO Valenzuela conducted a field
20  interview to ascertain the reason for their visit to the Cabeza Prieta National Wildlife
21  Refuge and identify who was operating the white 1999 Dodge Pickup. During the
22  interview, SCOTT DANIEL WARREN stated he was operating the 1999 Dodge Pickup
23  when the vehicle was driven into the wilderness. When asked by FWO Valenzuela,
24  SCOTT DANIEL WARREN stated he did not know he was operating a vehicle in
25  wilderness. SCOTT DANIEL WARREN also stated he did not see any of the signs
26  stating unauthorized vehicles were prohibited. Upon completion of the interview, FWO
27  Valenzuela instructed SCOTT DANIEL WARREN to vacate the area the same route he
28  entered the wilderness. When turning the 1999 Dodge Pickup around, SCOTT DANIEL

WARREN backed over desert vegetation with the rear tires. FWO Valenzuela then followed the 1999 Dodge Pickup out of the wilderness area.

Michael West
United States Fish and Wildlife Service
Ajo, Arizona

Sworn and subscribed to before me this 6th day of December, 2017

ERIC J. MARKOVICH
United States Magistrate Judge