# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 17-MJ-00341-TUC-RCC (BPV) |
| Plaintiff, | **ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

The Court has taken Under Advisement the defendant's Motion to Compel Discovery (Doc. 80) and now rules on the motion.

**IT IS ORDERED** the Government shall inquire to see if statistics exist with either Border Patrol or the Department of the Interior. If they exist, they are to be disclosed.

The Court will address the issue of religious beliefs defense at the time of trial.

Dated this 22nd day of February, 2019.

_____
Honorable Raner C. Collins
United States District Judge