Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com

*Pro Bono* Attorneys for Defendant Scott Daniel Warren

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) No. 17-mj-00341-RCC(JR) |
| Plaintiff, | ) |
| | ) **NOTICE OF DEFENSES** |
| vs. | ) |
| | ) |
| SCOTT DANIEL WARREN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant, Scott Daniel Warren, by and through his attorneys undersigned, Gregory J. Kuykendall, and Amy P. Knight, hereby provides notice to the government that he may present evidence of the following defenses at trial in this matter.

1. The defendant's conduct was protected by the Religious Freedom Restoration Act of 1993, as set forth in his previously filed motion to dismiss charges (Doc. 43), and this prosecution constitutes a substantial

burden on his exercise of his sincerely held religious beliefs.

2. The defendant acted out of necessity to prevent an imminent harm (the deaths of human beings crossing the Cabeza Prieta National Wildlife Refuge in the summertime) and no available options could similarly prevent that harm.

3. Defendant had insufficient notice that the alleged conduct was criminal, such that a conviction would violate his Fifth Amendment right to due process.

RESPECTFULLY SUBMITTED this 27th day of March, 2019.

By /s/ Amy P. Knight
Gregory J. Kuykendall
Amy P. Knight
531 S Convent Avenue
Tucson, AZ 85701
Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on March 27th, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing. A paper copy of these documents has been mailed to:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701