ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ANNA R. WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Arizona State Bar No. 029708
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: anna.wright@usdoj.gov
nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Scott Daniel Warren,<br><br>            Defendant. | Mag. No. 17-00341-RCC (JR)<br><br>GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. 100) |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves the Court for a one-week extension of time to respond to the defendant's Motion to Dismiss Based on Selective Enforcement and/or Prosecution and Renewed Motion for Discovery. Doc. 100. The government's response is due on April 4, 2019. In support of its motion, the government offers the following:

1. The defense previously lodged its motion along with a motion to exceed the page limits on March 21, 2019. Docs. 94, 95. The Court granted the motion to exceed the page limit on April 1, 2019. Doc. 99. The motion itself is 20 pages, but contains well over 100 pages of attached exhibits. Doc. 100.

2. Counsel for the government each had separate vacations and were out of the office for several days beginning on March 14, 2019.

3. Counsel for the government require additional time to research the unique legal issues presented by the Motion to Dismiss.

Counsel for the defendant was contacted regarding a one-week extension of the government's time to respond to the Motion to Dismiss and has no objection.

Respectfully submitted this 3rd day of April 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by other means this 3rd day of April 2019, to:

All ECF Participants