AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-mj-341-TUC-RCC-JR |
| Scott Daniel Warren | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

First Look Media Inc.

Date:   04/29/2019

/s/ Gregg P. Leslie
*Attorney's signature*

Gregg P. Leslie, # 035040
*Printed name and bar number*

ASU SDO College of Law
111 E. Taylor St., Mail Code 8820
Phoenix, AZ 85004

*Address*

Gregg.Leslie@asu.edu
*E-mail address*

(480) 727-7398
*Telephone number*

(602) 496-1382
*FAX number*