Gregory J. Kuykendall, Bar # 012508
Amy P. Knight, Bar # 031374
KUYKENDALL & ASSOCIATES
531 S Convent Avenue
Tucson, AZ 85701
(520) 792-8033
greg@kuykendall-law.com
amyknight@kuykendall-law.com
*Pro Bono* Attorneys for Defendant Scott Daniel Warren

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, <br>    Plaintiff, <br><br> vs. <br><br> SCOTT DANIEL WARREN, <br>    Defendant. | No. 17-mj-00341-RCC(JR) <br><br> **UNOPPOSED MOTION TO CONTINUE SENTENCING** |

  Defendant Scott Daniel Warren, through his attorneys, hereby requests a brief continuance of the sentencing in this matter. Defense counsel Gregory Kuykendall also represents a party in a state criminal case that is pending before the Arizona Supreme Court (State v. Hon. Kemp/Apolinar Altamirano, Arizona Supreme Court No. CR-19-0274-PR), and on December 20, 2019, the Arizona Supreme Court set the case for oral argument to occur on February 18, 2020, in its courtroom in Phoenix, Arizona. This creates a schedule conflict with the sentencing in this case, currently scheduled for 10:00 am on February 18, 2020. Accordingly, Dr. Warren respectfully requests that this Court reschedule the sentencing proceeding for February 20, 2020, or a date thereafter that is convenient for the Court.

Counsel for the Government has been contacted and does not oppose this motion.

Respectfully submitted this 20th day of December, 2019

                                        By /s/ Amy P. Knight
                                        Gregory J. Kuykendall
                                        Amy P. Knight
                                        531 S Convent Avenue
                                        Tucson, AZ 85701
                                        Attorneys for Defendant Scott Daniel Warren

CERTIFICATE OF SERVICE

I certify that on December 20, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
United States Attorney's Office
405 W. Congress, Suite 4800
Tucson, AZ 85701