MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant United States Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona  85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | MJ-17-00341-RCC (JR) |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO CONTINUE SENTENCING |
| Scott Daniel Warren, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, requests the Court continue the sentencing date 60 days from its current date of February 27, 2020. As the Court is likely aware, on February 3, 2020, Judge Marquez issued an order reversing the defendants' convictions in *United States v. Hoffman et al.*, CR-19-00693-DTF, a case involving substantially similar conduct and legal issues. The United States is currently considering whether to appeal the Court's decision in *Hoffman*, a determination that must be made by the United States Solicitor General. *See* 28 C.F.R. § 0.20. Given the overlap between *Hoffman* and this case, a decision on how the United States will proceed in *Hoffman* will likely affect its litigating position at sentencing in this case. Thus, in the interests of the parties' resources and judicial economy, the government respectfully asks for a continuance of the sentencing.

The defendant is out of custody and will thus not be prejudiced by a continuance.
///

Counsel for the defendant provided the following response regarding their position: "Please indicate that the defense does object to a continuance and would like a hearing on the matter."

Respectfully submitted this 14th day of February, 2020.

                                  MICHAEL BAILEY
                                  United States Attorney
                                  District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant United States Attorneys

Copy of the foregoing served electronically or by other means this 14th day of February, 2020, to:

All ECF participants