MICHAEL BAILEY
United States Attorney
ANNA WRIGHT
Assistant U.S. Attorney
NATHANIEL J. WALTERS
Assistant United States Attorney
State Bar No.: 029708
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: anna.wright@usdoj.gov
E-mail: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 17-MJ-00341 -RCC (JR) |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO DISMISS COUNT ONE WITH PREJUDICE |
| Scott Daniel Warren, | |
| Defendant. | |

On November 20, 2019, this Court found the defendant guilty as to Count 1 of the Information, charging him with a violation of 50 C.F.R. § 35.5, Operating a Motor Vehicle in a Wilderness Area. (Doc. 145.) In doing so, the Court rejected the defendant's Religious Freedom Restoration Act defense. (Doc. 114.) In the interests of justice, and pursuant to Fed. R. Crim. P. 48(a), the United States now respectfully moves for leave of the Court to dismiss Count 1 with prejudice. *See United States v. Gonzalez*, 58 F.3d 459, 462 (9th Cir. 1995) (explaining that "even after a defendant has been convicted of a crime, a prosecutor may obtain a Rule 48(a) dismissal based on broad considerations of justice") (citing *United States v. Weber*, 721 F.2d 266, 268 (9th Cir. 1983)).

"[W]hen the government requests a Rule 48(a) dismissal in good faith, the district court is duty bound to honor the request." *United States v. Hayden*, 860 F.2d 1483, 1488 (9th Cir. 1988). "Indeed, in the category of cases in which the defendant consents to the prosecution's request, there is a question as to whether a district court may ever deny an

uncontested Rule 48(a) motion." *Gonzalez*, 58 F.3d at 461. This motion is made in good faith. Therefore, the United States respectfully requests that the Court grant leave to dismiss Count 1 with prejudice in the interests of justice.

    Undersigned counsel certify that they personally conferred with counsel for the defendant, who does not object to this motion.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/ Anna R. Wright & Nathaniel J. Walters*

ANNA WRIGHT &
NATHANIEL J. WALTERS
Assistant United States Attorneys

Copy of the foregoing served electronically or by
other means this 26th day of February 2020, to:

All ECF participants