# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 17-mj-00341-TUC-RCC (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

On motion of the United States of America, and good cause appearing,

**IT IS ORDERED** Granting the Motion to Dismiss Information (Doc. 156). The Information against defendant, Scott Daniel Warren, is dismissed without prejudice.

Dated this 27th day of February, 2020.

_____
Honorable Raner C. Collins
Senior United States District Judge