# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 17-mj-00341-TUC-RCC (JR) |
| Plaintiff, | **AMENDED ORDER** |
| v. | |
| Scott Daniel Warren, | |
| Defendant. | |

On motion of the United States of America, and good cause appearing,

**IT IS ORDERED** Granting the Motion to Dismiss Information (Doc. 156). The Information against defendant, Scott Daniel Warren, is dismissed with prejudice.

Dated this 4th day of March, 2020.

Honorable Raner C. Collins
Senior United States District Judge